**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JT'S LUMBER COMPANY, LLC d/b/a | § | |
| JT'S LUMBER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | |
| MICCO CONSTRUCTION, LLC, | § | CA 06 351 S |
| Defendant. | § | |

DEFENDANT'S NOTICE OF REMOVAL

Defendant, Micco Construction, LLC, files this notice of removal under 28 U.S.C. § 1446(a).

A. Introduction

1. Plaintiff is JT's Lumber Company, LLC d/b/a JT's Lumber; defendant is Micco Construction, LLC.

2. On July 7, 2006, plaintiff sued defendant on a book account for merchandise delivered in the amount of $97,593.65. Suit was filed in Rhode Island Superior Court, Newport County.

3. Defendant was served with the suit on July 20, 2006. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

B. Basis for Removal

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a). Plaintiff is a duly constituted Rhode Island Limited Liability Company with its principal place of business in Middletown, Rhode Island. Defendant is a Limited

Liability Company licensed and registered to do business under the laws of the State of Indiana. The amount in controversy exceeds $75,000, excluding interest, costs, and attorneys fees. 28 U.S.C. § 1332(a).

C. Jury Demand

5. Plaintiff did not demand a jury trial in the state court action. Defendant does demand trial by jury.

D. Conclusion

6. Because complete diversity exists among the parties to this action, and because the amount in controversy, as indicated by plaintiff's complaint filed in the Newport County Superior Court, exceeds $75,000, Defendant, Micco Construction, LLC, asks the Court to remove the action to this Federal Court.

Defendant,
Micco Construction, LLC
By its Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq.

Nicholas R. Mancini, Esq.
146 Westminster Street
Providence, RI 02903

CERTIFICATION

I, ______________________, of Hanson Curran LLP, hereby certify that on the 2nd day of August, 2006, I mailed a true and exact copy of the within to **Alexander G. Walsh, Esq., 366 Thames Street, P.O. Box 755, Newport, RI, 02840.**