06-248

STATE OF RHODE ISLAND
NEWPORT, SC.

SUPERIOR COURT

JT'S LUMBER COMPANY, LLC d/b/a
JT'S LUMBER
Plaintiff

vs

MICCO CONSTRUCTON, LLC
Defendant

C.A. NO.: NC 06-0351

# COMPLAINT

1. Plaintiff, JT'S LUMBER COMPANY, LLC, is a duly constituted Rhode Island Limited Liability Company, with its principal place of business in Middletown, Rhode Island, and is doing business as JT's LUMBER.

2. Defendant, MICCO CONSTRUCTION, LLC, is a duly constituted Indiana Corporation licensed and registered to do business within the State of Rhode Island.

3. Defendant, MICCO CONSTRUCTION, LLC, owes the Plaintiff for merchandise delivered in the amount of $97,593.65 on book account, plus on-going legal interest to date, plus a reasonable attorney's fee in accordance with Rhode Island General Laws 9-1-45, plus cost of suit, which amount Defendant has failed and refused to pay despite demand to do so.

WHEREFORE, Plaintiff demands Judgment against the Defendant, MICCO CONSTRUCTION, LLC, in the amount of $97,593.65, plus on-going legal interest, plus a reasonable attorney's fee and costs of suit.

JT'S LUMBER COMPANY, LLC d/b/a
JT'S LUMBER
By Its Attorney

Alexander G. Walsh, Esquire #1701
366 Thames Street
P.O. Box 755
Newport, Rhode Island 02840
(401) 847-8580

July 7th, 2006