# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [X] NEWPORT

CIVIL ACTION, FILE No. 06 0351

JT's Lumber Company, LLC d/b/a
JT's Lumber
Plaintiff

MICCO Construction, LLC
Defendant

**Summons**

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Alexander G. Walsh, Esquire Plaintiff's attorney, whose address is 366 Thames Street, P.O. Box 755, Newport, Rhode Island 02840 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Jane M. Anthony
CLERK

Dated: July 12th, 2006

(Seal of the Superior Court)

S-135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Providence SC

## PROOF OF SERVICE

I hereby certify that on the 20 day of July 2006 I served a copy of this summons and a copy of the complaint received therewith upon MICCO Construction LLC

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ______ (Address) ______, with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ______, with a person of suitable age and discretion then residing therein.

✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely CT Corporation

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows: @ 10 Weybosset St Providence

Sheriff's Fees

Travel ............ $ 20

Service ............ $ 45

$ 65

DENNIS M. TABER Deputy Sheriff
CONSTABLE, STATE OF RI
LICENSE #6148

CIVIL ACTION

FILE NO. 06-0351

SUMMONS

SUPERIOR COURT

JT's Lumber Company, LLC d/b/a JT's Lumber

vs

MICCO Construction, LLC

Serve Agent for Service:
CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

ATTORNEY FOR PLAINTIFF

Alexander G. Walsh, Esquire #1701
366 Thames Street, P.O. Box 755
Newport, Rhode Island 02840

(401) 847-8580

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.