STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

06-351 S

Case ID: NC-2006-0351 JT'S LUMBER COMPANY LLC V MICCO CONSTRUCTION LLC

Filing Date: 07-13-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: BOOKACCOUNT
Status Date: 08-03-2006

Plaintiff: JT'S LUMBER COMPANY LLC
ID: @10693365

Attorney: ALEXANDER WALSH

Defendant: MICCO CONSTRUCTION LLC
ID: @10850947

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-13-2006 | COMPLAINT FILED | |
| 07-13-2006 | INITIAL FILING FEE | |
| 07-13-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN26974. |
| 07-31-2006 | PROOF OF SERVICE FILED | Affiliated: MICCO CONSTRUCTION LLC |
| 08-03-2006 | NOTICE OF REMOVAL | |
| 08-03-2006 | CASE REMVD TO US DISTRICT CT | |
| 08-03-2006 | ORDER ENTERED DURING DISCOV | |

True Copy Attest
Jane M. Anthony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island