IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JT'S LUMBER COMPANY, LLC d/b/a
JT'S LUMBER,
Plaintiff,

v. C.A. . 06-351S

MICCO CONSTRUCTION, LLC,
Defendant.

**DEFENDANT'S ORIGINAL ANSWER**

Defendant, Micco Construction, LLC, by and through its undersigned counsel, hereby answers Plaintiff's Complaint, dated July 7, 2006, as follows:

1. Defendant denies knowledge or information sufficient to form a belief as to the truth of ` the allegations set forth in paragraph 1 of Plaintiff's Complaint.
2. Defendant admits the allegations set forth in paragraph 2 of Plaintiff's Complaint.
3. Defendant denies the allegations set forth in paragraph 3 of Plaintiff's Complaint.

**First Affirmative Defense**

The merchandise delivered to the Defendant, and out of which Plaintiff's Complaint arises, failed to meet bargained-for specifications between Plaintiff and Defendant.

**Second Affirmative Defense**

In that the merchandise delivered to the Defendant, and out of which Plaintiff's Complaint arises, failed to meet bargained-for specifications between Plaintiff and Defendant, Defendant contends that there was a lack of consideration between the parties.

**Third Affirmative Defense**

In that the merchandise delivered to the Defendant, and out of which Plaintiff's Complaint arises,

failed to meet bargained-for specifications between Plaintiff and Defendant, Defendant was entitled to accept the merchandise and make necessary alterations and repairs to the non-conforming goods.

**Defendant's Counterclaim**

In that the merchandise delivered to the Defendant failed to meet bargained-for specifications, Plaintiff is liable to Defendant for breach of contract. Defendant is entitled to a set-off for the expenditures reasonably necessary to remedy the merchandise in order to meet said specifications. Defendant hereby submits that Plaintiff owes Defendant for the back charge equal to the cost remedying Plaintiff's breach of contract.

WHEREFORE, Defendant demands judgment against the Plaintiff dismissing the Complaint herein, together with the costs and disbursements of this action and any other relief that the Court deems just and proper.

Defendant,
Micco Construction, LLC
By its Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698

Nicholas R. Mancini, Esq. #7100
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 - fax

**PROOF OF SERVICE**

I hereby certify that on this 4th day of August, 2006, I mailed a true and exact copy of the within Answer to **Alexander G. Walsh, Esq.,** 366 Thames Street, P.O. Box 755, Newport, RI 02840.

of Hanson Curran LLP