**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JT'S LUMBER COMPANY, LLC d/b/a<br>JT'S LUMBER<br>Plaintiff | : | |
| vs | : | Civil Action No.: 06-3518 |
| MICCO CONSTRUCTON, LLC<br>Defendant | : | |

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

1. Plaintiff admits that some of the merchandise delivered to Defendant was non-conforming.

2. Plaintiff denies the allegations set forth in Paragraph 2 of the Defendant's Counterclaim.

3. Plaintiff admits that Defendant probably incurred certain limited costs in retro fitting the merchandise.

4. Plaintiff admits that it owes a reasonable sum for back charges.

5. Plaintiff denies the allegations set forth in Paragraph 5 of the Defendant's Counterclaim.

6. Plaintiff denies the allegations set forth in Paragraph 6 of the Defendant's Counterclaim.

7. Plaintiff denies the allegations set forth in Paragraph 7 of the Defendant's Counterclaim.

8. Plaintiff denies the allegations set forth in Paragraph 8 of the Defendant's Counterclaim.

9. Plaintiff denies the allegations set forth in Paragraph 9 of the Defendant's Counterclaim.

WHEREFORE Plaintiff, Counterclaim Defendant, demands Judgment against MICCO Construction, plus costs and a reasonable attorney's fees, and such other relief as this Honorable Court deems right and just.

JT'S LUMBER COMPANY, LLC d/b/a
JT'S LUMBER
By Its Attorney,

Alexander G. Walsh, Esquire
#1701
366 Thames Street, P.O. Box 755
Newport, Rhode Island 02840
(401) 847-8580

August 22nd, 2006

CERTIFICATION

I hereby certify that on this 22nd day of August, 2006, I mailed a true and exact copy of the within to James T. Murphy, Esquire and Nicholas R. Mancini, Esquire, both of Hanson Curran, LLP, at 146 Westminster Street, Providence, Rhode Island 02903, via regular mail, postage prepaid and via telefax to (401) 521-7040.

Alexander G. Walsh, Esquire