**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

JT'S LUMBER COMPANY, LLC d/b/a JT'S LUMBER, Plaintiff

vs.

MICCO CONSTRUCTION, LLC

Civil Action No. 06-351 S

**DISMISSAL STIPULATION (E-DUPLICATE)**

This E-Duplicate Dismissal Stipulation is filed to conform to the original Dismissal Stipulation executed by counsel for the parties on or about August 29, 2006. A copy of said original stipulation is attached hereto and filed herewith as Exhibit "A" which states:

> "The above entitled Complaint and the Counterclaim filed in the above entitled matter are hereby dismissed, no attorney's fees or costs, with prejudice, as the matter has been settled between the parties."

JT'S LUMBER COMPANY, LLC d/b/a
JT'S LUMBER
By Its Attorney,

/s/ Alexander G. Walsh
Alexander G. Walsh, Esquire
#1701
366 Thames Street, P.O. Box 755
Newport, Rhode Island 02840
(401) 847-8580

MICCO CONSTRUCTION, LLC
By Its Attorneys,

/s/ James T. Murphy
James T. Murphy, Esquire
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

December 21, 2006

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JT'S LUMBER COMPANY, LLC d/b/a JT'S LUMBER<br>Plaintiff | : | |
| vs | : | Civil Action No.: 06-3518 |
| MICCO CONSTRUCTON, LLC<br>Defendant | : | |

DISMISSAL STIPULATION

The above entitled Complaint and the Counterclaim filed in the above entitled matter are hereby dismissed, no attorney's fees or costs, with prejudice, as the matter has been settled between the parties.

JT'S LUMBER COMPANY, LLC d/b/a
JT'S LUMBER
By Its Attorney,

Alexander G. Walsh, Esquire
#1701
366 Thames Street, P.O. Box 755
Newport, Rhode Island 02840
(401) 847-8580

MICCO CONSTRUCTION, LLC
By Its Attorney,

James T. Murphy, Esquire
Hanson Curran, LLP
146 Westminster Street
Providence, Rhode Island 02903

August 29th, 2006

EXHIBIT
A